AO245C   (Rev. 09/11) Amended Judgment in a Criminal Case                          (NOTE: Identify Changes with Asterisks(*))
         Sheet 1

# UNITED STATES DISTRICT COURT
Western District of Washington

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| RAY EUGENE CALDWELL | Case Number: 3:13CR05308BHS-001 |
| | USM Number: 42741-086 |

**Date of Original Judgment:** 04/14/2014

Wayne Clark Fricke
Defendant's Attorney

(Or Date of Last Amended Judgment)

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court Pursuant

    ☐ 28 U.S.C. § 2255 or     ☐ 18 U.S.C. § 3559(c)(7)

☒ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☒ was found guilty on count(s)   1 – 33 of the Indictment   Bench Trial Verdict: 12/16/2013
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 33 U.S.C. §§ 1317(d), and 1319(c)(2)(A) | Clean Water Act/Unlawful Discharge | 12/18/2012 | 1 - 25 |
| 18 U.S.C. §§ 1341 and 2 | Mail Fraud | 10/12/2012 | 26 - 31 |
| 33 U.S.C. § 1319(c)(4) | False Statement | 10/07/2008 | 32 |
| 18 U.S.C. § 1001 | False Statement | 08/17/2012 | 33 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Assistant United States Attorney

5-22-14
Date of Imposition of Judgment

Signature of Judge

Benjamin H. Settle, U.S. District Judge
Name and Title of Judge

5/22/14
Date

AO245C      (Rev. 09/11) Amended Judgment in a Criminal Case                    (NOTE: Identify Changes with Asterisks(*))
            Sheet 2 — Imprisonment

Judgment — Page **2** of **6**

DEFENDANT:       **RAY EUGENE CALDWELL**
CASE NUMBER:     3:13CR05308BHS-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
  Twenty Seven (27) months

☒ The court makes the following recommendations to the Bureau of Prisons:

  Sheridan, Oregon

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m.  ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☒ as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

            _____
               UNITED STATES MARSHAL

        By _____
             DEPUTY UNITED STATES MARSHAL

AO245C   (Rev. 09/11) Amended Judgment in a Criminal Case                    (NOTE: Identify Changes with Asterisks(*))
Sheet 3 — Supervised Release

DEFENDANT:     **RAY EUGENE CALDWELL**
CASE NUMBER:   3:13CR05308BHS-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : ___Three (3) years___ .

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug and/or alcohol test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight valid tests per month, pursuant to 18 U.S.C. § 3563(a)(5) and 18 U.S.C. § 3583(d).

☒ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

☐ The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO245C     (Rev. 09/11) Amended Judgment in a Criminal Case                                    (NOTE: Identify Changes with Asterisks(*)
                Sheet 3C — Supervised Release

DEFENDANT:      **RAY EUGENE CALDWELL**
CASE NUMBER:    3:13CR05308BHS-001

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall submit his/her person, residence, office, safety deposit box, storage unit, property, or vehicle
    to a search, conducted by a U.S. Probation Officer or any other law enforcement officer, at a reasonable time and
    in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of
    supervision.  Failure to submit to a search may be grounds for revocation; the defendant shall notify any other
    residents that the premises may be subject to searches pursuant to this condition.

2.  The defendant shall participate as directed in the Moral Reconation Therapy program approved by the United
    States Probation and Pretrial Services Office.  The defendant must contribute towards the cost of any programs, to
    the extent the defendant is financially able to do so, as determined by the U.S. Probation Officer.

3.  A fine in the amount of $250,000 is due immediately.  Balance to be paid in full within four years of entry of this
    judgment.  Any unpaid amount is to be paid during the period of supervision in monthly installments of not less
    than 10% of the defendant's gross monthly household income.  Interest on the fine shall not be waived.

    *Restitution shall be paid in accordance with the Schedule of Payments set forth on page 6 of 6.*

4.  ~~Restitution in the amount of $~~ ~~is due immediately.  Any unpaid amount is to be paid during the period~~
    ~~of supervision in monthly installments of not less than 10% of his or her gross monthly household income.~~ Interest
    on the restitution shall not be waived.  *The entire restitution obligation must be paid in full before the end of period of supervised release.*

5.  The defendant shall provide his or her probation officer with access to any requested financial information
    including authorization to conduct credit checks and obtain copies of the defendant's Federal Income Tax Returns.

6.  The defendant shall disclose all assets and liabilities to the probation office. The defendant shall not transfer, sell,
    give away, or otherwise convey any asset, without first consulting with the probation office.

7.  If the defendant maintains interest in any business or enterprise, the defendant shall, upon request, surrender
    and/or make available, for review, any and all documents and records of said business or enterprise to the
    probation office.

8.  The defendant shall maintain a single checking account in his or her name.  The defendant shall deposit into this
    account all income, monetary gains, or other pecuniary proceeds, and make use of this account for payment of all
    personal expenses.  This account, and all other bank accounts, must be disclosed to the probation office.

9.  The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or
    obtaining a loan without approval of the defendant's U.S. Probation Officer.

AO245C     (Rev. 09/11) Amended Judgment in a Criminal Case                                      (NOTE: Identify Changes with Asterisks(*))
           Sheet 5 — Criminal Monetary Penalties

DEFENDANT:     **RAY EUGENE CALDWELL**
CASE NUMBER:   3:13CR05308BHS-001

## CRIMINAL MONETARY PENALTIES

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  3,300 | $  250,000 | $  689,216 |

☐   The determination of restitution is deferred until _____ An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.
    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified
    otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal
    victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Three Rivers Wastewater Authority | 659,186.94 | 659,186.94 | |
| Cowlitz County | 10,670 | 10,670 | |
| City of Longview | 19,359.34 | 19,359.34 | |
| TOTALS | 689,216 | 689,216 | |

☐   Restitution amount ordered pursuant to plea agreement $ _____

☒   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before
    the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be
    subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:
       ☐  the interest requirement is waived for the    ☐  fine    ☐  restitution
       ☐  the interest requirement for the    ☐  fine    ☐  restitution is modified as follows:

☐   The court finds the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition
    of a fine is waived.

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses
   committed on or after September 13, 1994, but before April 23, 1996.

AO245C       (Rev. 09/11) Amended Judgment in a Criminal Case                    (NOTE: Identify Changes with Asterisks(*))
             Sheet 6 — Schedule of Payments

Judgment — Page 6 of 6

DEFENDANT:      **RAY EUGENE CALDWELL**
CASE NUMBER:    3:13CR05308BHS-001

## SCHEDULE OF PAYMENTS

*not less than*

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

*in monthly installments of $5,000 until paid in full to commence 30 days after the date of this judgment, jointly and severally with the financial obligations of All Out Sewer and Drain Service.*

☒      PAYMENT IS DUE ~~IMMEDIATELY~~.  Any unpaid amount shall be paid to
       Clerk's Office, United States District Court, 700 Stewart Street, Seattle, WA 98101.

*Does not apply*

☒      During the period of imprisonment, no less than 25% of their inmate gross monthly income or $25.00 per quarter,
       whichever is greater, to be collected and disbursed in accordance with the Inmate Financial Responsibility Program.

☒      During the period of supervised release, in monthly installments amounting to not less than 10% of the defendant's gross
       monthly household income, to commence 30 days after release from imprisonment.

☐      During the period of probation, in monthly installments amounting to not less than 10% of the defendant's gross monthly
       household income, to commence 30 days after the date of this judgment.

The payment schedule above is the minimum amount that the defendant is expected to pay towards the monetary
penalties imposed by the Court. The defendant shall pay more than the amount established whenever possible.  The
defendant must notify the Court, the United States Probation Office, and the United States Attorney's Office of any
material change in the defendant's financial circumstances that might affect the ability to pay restitution.

*\* The entire restitution obligation shall be paid in full before the end of the period of supervised release*

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary
penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal
Bureau of Prisons' Inmate Financial Responsibility Program are made to the United States District Court, Western District
of Washington.  For restitution payments, the Clerk of the Court is to forward money received to the party(ies) designated
to receive restitution specified on the Criminal Monetaries (Sheet 5) page.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒      Joint and Several

       Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several
       Amount, and corresponding payee, if appropriate.

       All Out Sewer & Drain Service, Inc.    3:13CR05308BHS-002   Fine: $250,000   Restitution: $ *689,216*

☐      The defendant shall pay the cost of prosecution.

☐      The defendant shall pay the following court cost(s):

☐      The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.